**No. 10-8293. In re Cleve Foster, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1528, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1271.

February 22, 2011. Petition for writ of habeas corpus denied.

**No. 10-8397. In re Eva D. Al-Zaghari, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1536, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1195, ■

February 22, 2011. Petition for writ of habeas corpus denied.

**No. 10-8432. In re Ricky Carter, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1539, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1161.

February 22, 2011. Petition for writ of habeas corpus denied.

**No. 10-8636. In re Jeffrey M. Daniels, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1551, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1273.

February 22, 2011. Petition for writ of habeas corpus denied.

**No. 10-8703. In re Donald Terrell Rice, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1552, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1278.

February 22, 2011. Petition for writ of habeas corpus denied.

**No. 10-8704. In re Thomas P. Richard, Sr., Petitioner.**

562 U.S. 1215, 131 S. Ct. 1552, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1124, ■

February 22, 2011. Petition for writ of habeas corpus denied.

**No. 10-7775. In re Curtis Croft, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1482, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1223.

February 22, 2011. Petition for writ of mandamus denied.

**No. 10-7884. In re Webster Bivens, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1488, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1152.

February 22, 2011. Petition for writ of mandamus denied.

**No. 10-8138. In re Ossie R. Trader, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1513, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1225.

February 22, 2011. Petition for writ of mandamus denied.

**No. 10-8301. In re Michael W. Whitmer, II, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1529, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1292.

February 22, 2011. Petition for writ of mandamus denied.